# Court of Appeals
# of the State of Georgia

ATLANTA, February 18, 2014

*The Court of Appeals hereby passes the following order:*

**A14A0987. CHARLES VINCENT RICE v. EDNA JACKSON, et al.;**
**A14A0988. CHARLES VINCENT RICE v. AL ST. LAWRENCE.**

Charles Vincent Rice, who is presently incarcerated, filed two civil actions. In both cases, the trial court entered orders denying Rice's request to proceed in forma pauperis, and Rice appealed these orders.[1] We, however, lack jurisdiction.

Because Rice was incarcerated at the time he filed suit, his appeals are controlled by the Prison Litigation Reform Act of 1996. OCGA § 42-12-1 et seq. OCGA § 42-12-8 requires that an appeal of a civil action filed by a prisoner "shall be as provided in Code Section 5-6-35." Under OCGA § 5-6-35, the party wishing to appeal must file an application for discretionary appeal to the appropriate appellate court. Rice's failure to file applications for discretionary appeal deprives this Court of jurisdiction over these appeals, which are hereby DISMISSED. See *Jones v. Townsend*, 267 Ga. 489 (480 SE2d 24) (1997).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/18/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] Rice appealed both cases to the Supreme Court, which transferred the matters to this Court.